# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2021

Bridget M. McCormack,
Chief Justice

162646(19)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DOMINICK TERRON NICHOLS,
       Defendant-Appellant.
_____/

SC: 162646
COA: 355507
Berrien CC: 2019-002294-FC

On order of the Chief Justice, the motions of the Michigan Appellate Assigned Counsel System to file a brief amicus curiae and to waive the filing fee are GRANTED. The amicus brief submitted on March 4, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2021



Clerk